# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**CLIVE WEBLEY,**

      **Plaintiff,**

      **V.**      **CASE NUMBER: 9:03-CV-596**

**DENTIST HARTMAN; NURSE WELCH, Morning Nurse; ASST. DENTIST GOLDEN; NURSE ADAMS,**

      **Defendants.**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of the Defendants pursuant to the Order by visiting District Judge Paul A. Magnuson.


June 27, 2005                                  **LAWRENCE K. BAERMAN**
_____      _____
DATE                                                        CLERK

                                                                    s/ April Hudson

ENTERED ON DOCKET    6/27/05       _____

                                                                    (BY) DEPUTY CLERK